# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:05CR1035    Recorder: CS 11/21/05    Date: 11/21/2005

Present: The Honorable Paul L. Abrams, U.S. Magistrate Judge

Court Clerk: Maria Cortez            Assistant U.S. Attorney: Julie Schemitz & Charles Kovats AUSA

| United States of America v. | Attorney Present for Defendant (s) | Language | Interpreter |
|---|---|---|---|
| DWIGHT W. SITYAR<br>Bond - Present | Anthony M. Solis<br>RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged .

Defendant is given a copy of the Information, acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts of the Information as charged.

Court orders this case assigned to the calendar of U.S. District Judge S. James Otero for/and further orders jury trial set for January 17, 2006 at 9:00 am. Defendant and his/her counsel are ordered to appear before said judge at the date and time indicated.

Other: Waiver of Indictment submitted, accepted and filed.

0:23

Initials of Deputy Clerk: mc

cc: PSA, Statistics Clerk, USM LA



ENTER ON ICMS

NOV 2 3 2005