DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
BRIAN M. HOFFSTADT (Cal. Bar No. 187003)
Assistant United States Attorneys
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-6482
E-mail: brian.hoffstadt@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

SEND

FILED
CLERK, U.S. DISTRICT COURT
DEC 28 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2005 DEC 27 PM 3:58
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ALBERT VALENTE, RAMON VALDEZ, JESSIE LUMADA, MICHAEL FOUSSE, DWIGHT SITYAR, STEPHANI GIMA, and JOEL DIMAANO Defendants. | NOS. CR 05-930-CW (M) CR 05-1032-CW (M) CR 05-1033-CW (M) CR 05-1034-CW (M) CR 05-1035-CW (M) CR 05-1036-CW (M) CR 05-1037-CW (M) STIPULATION REGARDING CONTINUANCE OF TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ~~[PROPOSED]~~ FINDINGS AND ORDER |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendants Albert Valente, Ramon Valdez, Jessie Lumada, Michael Fousse, Dwight Sityar, Stephani Gima, and Joel Dimaano, by and through their respective counsel of record, respectively, hereby stipulate as follows:

1. The Informations in this case were filed on October 25, 2005. Defendant Sityar first appeared before a judicial officer in the Central District of California, and was arraigned, on

ENTER ON ICMS
JAN - 3 2006

27

November 21, 2005. Defendants Valdez, Lumada, Fousse, Gima and Dimaano first appeared before a judicial officer in the Central District of California, and were arraigned, on November 28, 2005. Defendant Valente first appeared before a judicial officer in the court in the Central District of California, and was arraigned, on December 12, 2005. The Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq., originally required that the trial commence against these defendants, at best, on or before January 30, 2006.

    2.   No initial trial date was set.

    3.   By this stipulation, the parties jointly move for findings of excludable time necessary to permit the continuance of proceedings from December 12, 2005 -- the date of assignment of these matters to the Honorable Carla Woehrle -- until January 24, 2006.

    4.   The parties agree and stipulate, and request that the court find the following:

        a)   This case involves the transfer of electronic media -- namely, CDs and DVDs containing a copy of *Star Wars: Episode III -- Revenge of the Sith*. The government has disclosed discovery to each defendant, which, among other things, consists of interview summaries and other written statements.

        b)   The various counsel in this case, including government and defense counsel, have met and discussed possible dispositions to the various cases; by and large, the parties in each of the cases have reached agreement. Counsel for each defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary to prepare his or her client, and to appear at, a consolidated plea

hearing for each of the defendants. The government does not object to the continuance.

    c) Each defense counsel has consulted his client, and each defendant concurs in the proposed continuance of the trial date.

    d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between December 12, 2005, and January 24, 2006, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) because it results from a continuance granted by the judge at the defendant's request without government objection on the basis of the judge's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. The parties agree and stipulate and request that the Court find that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act

////
////
////
////
////
////
////

dictate that additional time periods are excludable from the period within which trial must commence.

IT IS SO STIPULATED.

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

12-21-05
DATE

BRIAN M. HOFFSTADT
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

DATE

WILLIAM PITMAN

Attorney for Defendant
Albert Valente

DATE

ERROL STAMBLER

Attorney for Defendant
Ramon Valdez

DATE

KIM SAVO
Deputy Federal Public Defender

Attorney for Defendant
Jessie Lumada

DATE

PHIL DEITCH

Attorney for Defendant
Michael Fousse

dictate that additional time periods are excludable from the period within which trial must commence.

IT IS SO STIPULATED.

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

_______________ DATE

BRIAN M. HOFFSTADT
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

12/18/05
DATE

WILLIAM PITMAN

Attorney for Defendant
Albert Valente

_______________ DATE

ERROL STAMBLER

Attorney for Defendant
Ramon Valdez

_______________ DATE

KIM SAVO
Deputy Federal Public Defender

Attorney for Defendant
Jessie Lumada

_______________ DATE

PHIL DEITCH

Attorney for Defendant
Michael Fousse

SCANNED

Dec 19 05 03:56p William Pitman 310 887 6133 p.2

dictate that additional time periods are excludable from the period within which trial must commence.

IT IS SO STIPULATED.

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

DATE ____________ ____________________
BRIAN M. HOFFSTADT
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

DATE ____________ ____________________
WILLIAM PITMAN

Attorney for Defendant
Albert Valente

DATE 12/15/05 ____________________
ERROL STAMBLER

Attorney for Defendant
Ramon Valdez

DATE ____________ ____________________
KIM SAVO
Deputy Federal Public Defender

Attorney for Defendant
Jessie Lumada

DATE ____________ ____________________
PHIL DEITCH

Attorney for Defendant
Michael Fousse

dictate that additional time periods are excludable from the period within which trial must commence.

IT IS SO STIPULATED.

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

_______________ DATE

BRIAN M. HOFFSTADT
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

_______________ DATE

WILLIAM PITMAN

Attorney for Defendant
Albert Valente

_______________ DATE

ERROL STAMBLER

Attorney for Defendant
Ramon Valdez

12/19/05
DATE

KIM SAVO
Deputy Federal Public Defender

Attorney for Defendant
Jessie Lumada

_______________ DATE

PHIL DEITCH

Attorney for Defendant
Michael Fousse

dictate that additional time periods are excludable from the period within which trial must commence.

IT IS SO STIPULATED.

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

DATE

BRIAN M. HOFFSTADT
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

DATE

WILLIAM PITMAN

Attorney for Defendant
Albert Valente

DATE

ERROL STAMBLER

Attorney for Defendant
Ramon Valdez

DATE

KIM SAVO
Deputy Federal Public Defender

Attorney for Defendant
Jessie Lumada

12-14-05
DATE

Philip Deitch
PHIL DEITCH

Attorney for Defendant
Michael Fousse

SCANNED

12-14-05
DATE

ANTHONY SOLIS
Attorney for Defendant
Dwight Sityar

DATE

DAVID KALOYANIDES
Attorney for Defendant
Stephani Gima

DATE

BRIAN NEWMAN
Attorney for Defendant
Joel Dimaano

ORDER

IT IS SO FOUND AND ORDERED this ____ day of __________, 2005.

HONORABLE CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

SCANNED

DATE

ANTHONY SOLIS

Attorney for Defendant
Dwight Sityar

12-23-05
DATE

David Kaloyanides for BMH (telephone authorization)
DAVID KALOYANIDES

Attorney for Defendant
Stephani Gima

DATE

BRIAN NEWMAN

Attorney for Defendant
Joel Dimaano

O R D E R

IT IS SO FOUND AND ORDERED this ____ day of __________, 2005.

HONORABLE CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

SCANNED

DATE

ANTHONY SOLIS

Attorney for Defendant
Dwight Sityar

DATE

DAVID KALOYANIDES

Attorney for Defendant
Stephani Gima

12/15/05
DATE

BRIAN NEWMAN

Attorney for Defendant
Joel Dimaano

O R D E R

IT IS SO FOUND AND ORDERED this 28th day of Dec, 2005.

HONORABLE CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

I, **YOLANDA AGUAYO**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and I am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of United States District Court for the Central District of California, at whose discretion I served a copy of: **STIPULATION REGARDING CONTINUANCE OF TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; (PROPOSED) FINDINGS AND ORDER**

Service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[X] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**SEE ATTACHED LIST**

This Certificate is executed on December 27, 2005, Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

YOLANDA AGUAYO

SCANNED

**SERVICE LIST**
**U.S. v. VALENTE, ET AL.,**

**VIA FACSIMILE:**

BILL PITMAN, ESQ.
Facsimile: (213) 629-0208

ERROL STAMBLER, ESQ.
Facsimile: (310) 470-3968

KIM SAVO, ESQ.
Facsimile: (213) 894-0081

PHIL DEITCH, ESQ.
Facsimile: (323) 938-3318

ANTHONY SOLIS
Facsimile: (213) 489-5923

DAVID KALOYANIDES
Facsimile: (626) 609-0305

BRIAN NEWMAN, ESQ.
Facsimile: (310) 337-0063