ANTHONY M. SOLIS, SBN 198580
A Professional Law Corporation
550 South Hope Street, Suite 660
Los Angeles, CA 90071
(213) 489-5880 - Telephone
(213) 489-5923 - Fax

ATTORNEY FOR DWIGHT SITYAR

FILED
CLERK, U.S. DISTRICT COURT
MAY - 1 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ✓ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 05-CR-1035 SJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION RE TRAVEL; ORDER |
| v. | ) | Priority ✓ |
| DWIGHT WAYNE SITYAR, et al. | ) | Send ✓ |
| Defendants. | ) | Enter ___ |
| | ) | Closed ___ |
| | | JS-5/JS-6 ___ |
| | | JS-2/JS-3 ___ |
| | | Scan Only ___ |

COME NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, DEBRA WONG YANG, United States Attorney, and BRIAN HOFFSTADT, Assistant United States Attorney, and Defendant DWIGHT WAYNE SITYAR, by and through his counsel of record, ANTHONY M. SOLIS, who hereby stipulate as follows:

1. That the defendant, DWIGHT WAYNE SITYAR shall be permitted to travel throughout the State of California on the condition that he give notice to the Probation Department prior to his departure and upon his return and provide information concerning the location or locations where he will be traveling.

2. Defendant shall not be required to give notice to travel within the Central District of California or within the Southern District of California or between the Central and Southern Districts of California.

///  CC: Probation
///        Pretrial

DOCKETED ON CM
MAY - 8 2006

STIPULATION RE TRAVEL
1

1  (The mother of Defendant's daughter resides in the Southern District of California and Defendant
2  requires unrestricted travel to the Southern District to effectuate visitation for his daughter with her
3  mother)
4  I stipulate to the foregoing.
5  DATED: April 27, 2006

Respectfully submitted,
ANTHONY M. SOLIS,
A Professional Law Corporation

*/s/ Anthony M. Solis*
BY: Anthony M. Solis
Attorney for Defendant DWIGHT SITYAR

I stipulate to the foregoing:

DATED: April 27, 2006

Respectfully submitted,
DEBRA WONG YANG, United States Attorney

*See attached*

BY: Brian Hoffstadt, Asst. U.S. Attorney
ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

---

STIPULATION RE TRAVEL

2

1  (The mother of Defendant's daughter resides in the Southern District of California and Defendant
2  requires unrestricted travel to the Southern District to effectuate visitation for his daughter with her
3  mother)
4  I stipulate to the foregoing.
5  DATED: April 27, 2006

Respectfully submitted,
ANTHONY M. SOLIS,
A Professional Law Corporation

BY: Anthony M. Solis
Attorney for Defendant DWIGHT SITYAR

I stipulate to the foregoing:
DATED: April 27, 2006

Respectfully submitted,
DEBRA WONG YANG, United States Attorney

BY: Brian Hoffstadt, Asst. U.S. Attorney
ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

STIPULATION RE TRAVEL
2

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED THAT

1. That the defendant, DWIGHT WAYNE SITYAR shall be permitted to travel throughout the State of California on the condition that he give notice to the Probation Department prior to his departure from the Central District of California and upon his return and provide information concerning the location or locations where he will be traveling;

2. Defendant shall not be required to give notice to travel within the Central District of California or within the Southern District of California or between the Central and Southern Districts of California.

DATE: 4/29/06

U.S. MAGISTRATE JUDGE / US District Judge