1  Anthony M. Solis, SBN 198580
   A Professional Law Corporation
2  550 South Hope Street
   Suite 660
3  Los Angeles, CA 90071
   (213) 489-5880 - Phone
4  (213) 489-5923 - Fax

5  Attorney for Defendant
   DWIGHT SITYAR

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 05 CR 1035 |
| Plaintiff, | |
| | ORDER RE: EARLY TERMINATION OF PROBATION |
| v. | |
| DWIGHT SITYAR, | |
| Defendant. | |

Upon Application of the Defendant and for Good Cause having been shown,

IT IS ORDERED THAT, the probation of Defendant DWIGHT SITYAR is TERMINATED.

DATED:_September 28, 2007_        _ /s/ Carla M. Woehrle_____
                                    UNITED STATES MAGISTRATE JUDGE

ORDER RE EARLY TERMINATION OF PROBATION